UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBIE LEE DICKERSON, JR.,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

Case No. C18-652-TSZ

**ORDER DISMISSING CASE**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 3, to which no objections were filed, does hereby **ORDER**:

(1) The Court ADOPTS the Report and Recommendation;

(2) The matter is DISMISSED with prejudice for failing to state a claim upon which relief may be granted;

(3) The Clerk of Court is DIRECTED to send copies of this Order to plaintiff.

DATED this 29th day of June, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER DISMISSING CASE - 1